FILED

SEP 19 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 2/08)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**Please Choose Division**

Christopher Royce Dossey #102719
Plaintiff's Name and ID Number

Ector County Detention Center - Odessa, Tx
Place of Confinement

CASE NO. **7:24-cv-229**
(Clerk will assign the number)

v.

(FNU) Odessa Police Dept Arresting officer's #1 and #2
Defendant's Name and Address

Odessa Police Dept Chief Michael Gerke
Defendant's Name and Address

City of Odessa Texas
Defendant's Name and Address
( DO NOT USE "ET AL.")

205 N. Grant Ave
Odessa, Tx - 79761 -

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**5. The complaint can not exceed 20 pages which includes all attachments.**

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? X YES ___NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: Aug 22, 2023
2. Parties to previous lawsuit:
   Plaintiff(s) Christopher Royce Dossey
   Defendant(s) Sheriff Mike Griffis "ET Al"
3. Court: (If federal, name the district; if state, name the county.) U.S. Western District of Texas
4. Docket Number: MO-24-CV-00205-DC

5. Name of judge to whom case was assigned: Federal Judge - DAVID Counts
6. Disposition: (Was the case dismissed, appealed, still pending?)
   pending
7. Approximate date of disposition: pending

II. PLACE OF PRESENT CONFINEMENT: Ector County Detention Center; Odessa, Tx

III. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Christopher Royce Dossey #102719
P.O. Box 331 Odessa, Tx 79760

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: (FNU) Officer #1 / Odessa Police Dept. (O.P.D)
205. N. Grant Ave Odessa, Tx 79761 -

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
illegal ARREST/pretext ARREST/False imprisonment/illegal search/more

Defendant #2: (FNU) Officer #2 / Odessa Police Dept. (O.P.D)
205. N. Grant Ave, Odessa, Tx - 79761 -

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
illegal arrest/pretext arrest/False imprisonment/illegal search/more

Defendant #3: O.P.D. Chief Michael Gerke - Odessa Police Dept (O.P.D)
205. N. Grant Ave Odessa Tx 79761

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train/enforce policy/illegal Arrest/False imprisonment/illegal search/more

Defendant #4: City of Odessa Texas
205. N. Grant Ave Odessa, Tx 79761

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train-enforce policy/illegal arrest/False imprisonment/illegal search/more

Defendant #5: Odessa Texas Police Dept (O.P.D)
205. N. Grant Ave Odessa, Tx 79761

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train-enforce policy/illegal arrest/False imprisonment/illegal search/more

IV. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On June 26, 2023; I was arrested by 2 O.P.D. officers at a motel lobby I had a room at.. I belived I was on private property in the Odessa Motor Inn lobby.. So approx 11:00pm June 26, 2023, Im in a private motel lobby alone.. Two O.P.D officers appreach me and ask me something like "Why are you sweating" I state something like "I dont answer questions" Officers then say something like "What are you on why are you sweating" I agin state "I dont talk to police I dont answer questions" Officer's say "Stand up, pat down for wepons" I stand and say "you cant go in my pockets without a warrent" Officers perform a "terry search" for wepons.. Officer states "Whats that in your pocket" Agin I say "Get a warrent" (see attached)

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Seeking monetary relief / money damages / punitive damages / compensatory damages in the minimum amount of $3,700,000 us

V. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Christopher Royce Dossey - Christopher Dossey - Chris Dossey

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

Fed. BOP# 10076-180 TDCJ# 1881227

VI. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __X__NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case Number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A ____YES ____NO

Im cuffed At this moment, then lead outside the private motel lobby outside.. While being lead out Officer's ask "Whats your name?" I state "Christopher Royce Dossey - Dossey Royce Christopher"

Once cuffed and outside the motel lobby; officers start with more questions.. Mind you, I Already stated twice "I dont answower questions/or talk to police.." Outside motel lobby officers ask something like "What have you had to drink" I state "All Kinds of Stuff" So Officer says "How many beers or drinks did you have" I state "I had Tea, water, gatoraid, stuff like that; I dont drink alcohal".

Now officers ask "Whats going on here tonight?" I state "The night clerk is not doing there job".. Officers now say "We are not being rude we are just doing a investigation".. So I say "Im not trying to be rude or disrespectfull; but your investigation sounds like a integeration, I need a Attorney"

At this time I was told Im under Arrest for Public Intoxication..(P.I) From the time offer's First question till arrest was Approx 2 min.. I was not offerd or given a breathlizer or Field sobority test...

So once officers tell me Im under Arrest for (P.I) Im told "get in the back of the car". I say "I need help up cause Im hurt.."

Im In the back of this police car outside motel lobby For Approx 1-2 min.. Door opens.. Officers say "Step out" So I step out... Officers read me my MIRANDA Rights At this time, After there investigation And After Im charged with (P.I)

I say "I understand my rights, I need A Lawyer"... Im now patted down/searched... My wallet wos removed From my front pants pocket.. Officers no longer need my consent (due to my illegal Arrest)

So when the Officers removed my wallet out of my pants pocket outside of the Odessa Motor Inn lobby, I said "Is yAll's body cam's on" Officers say "Thay ARE on" I say "Now that you got my wallet search it right now in front of your body cam's, OR search it on the hood in front of dash cam's.."

The Officer ignores my demand And walks off out of sight to A differant car with my still unsearched wallet.. My wallet wos not placed in A property or evidence bag in front of me.. The officer just walked off with my property to A differant car...

Im told to get in to the police car agin.. So I listen And get in.. Me And one officer drive off in one car... My wallet And the other officer drive off in A differant car.. Tool dont Know where...

So Im drove to the Ector County JAil At this time only charged with A P.I..

So when we arrive at the Ector Co, Jail we park outside the sallyport.. I have no idea where my wallet is! The last time I seen it was accross town when the officer siezed it from my pocket.. All I know is my wallet was not in the same car as me, and not in my view...

So after approx 5-10 min of sitting outside the jail sallyport in a very hot police car I say "Roll down the window, I dont want another P.I for sweating agin". I'm in the back of this hot car outside the jail sallyport.. I mumble somethings to myself, because I'm mentally ill.. I hear voices and talk to myself often.. Not cause I'm intoxicated.. I'm mentally ill..

So after what seems like 20-30 min in this hot cop car.. The door opens and a officer says "look what I found in your wallet" So I say nothing..

I'm now taken into the Ector Co. Jail charged with Public intoxication and poss c/s (SJF)...

Please let me advise the Court, I had a room at the Odessa Motor Inn the night I was arrested.. I was a guest at this private motel.. How was I arrested at a private motel lobby I had a room at for Public Intoxication.. I dont belive the officers arrested me out of good faith by mistake.. The arrest for P.I.. has to meet all elements of Texas Penal code 49.02

I wosent in public First, Second I wosent intoxicated, Third I sure wosent intoxicated to a degree I wos a threat to my self or another..

These officers were not acting on good faith under the color of state when thay arrested me for P.I..

Upon information and belief this wos a illegal arrest lacking prauboble cause, as well as the arrest not meeting the elements of the P.I charge.. This wos a illegal and pre text arrest so the officers could profile, discriminate, harass, and search me..

The officers never even talked to the person that called them to my knowlage.. I dident call them, I dident want to answer questions, I dident want to be questioned or searched and I had no warrents..

I had not just committed a crime, I wosent committing a crime and I wos not about to commit a crime..

Please be advised Court, at the time of this illegal pre-text arrest I wos suffering from alot of medical and mental health issues. The Officers did not ask me one medical or mental health question befor I wos arrested.. Had the officers asked if I wos diabetic, hurt, mentally ill, or on perscription med's, this illegal arrest could of been avoided..

I never disclosed my H.I.P.P.A protected medical and mental Health conditions,. but the officers never asked..

I am type 2 Diabetic, I wos recovering from sergerys, I am mentally ill, I wos infected, And I wos or had Access to perscription med's for my medical treatment plan..

Please Also be advised.. I belive my wallet wos illegally searched.. This would violate my Fourth Amendment I belive once clothing/property is seized, it cant be out of view of the owner, to be searched legally at a differant time and location.. I belive siezed clothing/property would now require A warrent.

In closing, I know And understand I do still have these pending criminal charges.. So Im requesting the Court put A "Stay" on this claim till charges Are exhausted..

In short here are the basic's of this claim...
On June 26, 2023 approx 11:30pm, in the city of Odessa, Tx.. I had a room paid for At the Odessa Motor Inn... I could not get in my room due to the fact my room key wouldent work.. I wos hurt, diabetic, infected, mentally ill, And possiably on perscription med's All At once.. (No where on my perscriptions does it say may cause intoxication, or dont go in private or public property.) So I decide to use and enjoy the lobby of this private motel I am a guest At.. Two O.P.D officers Approach me for no reason that Im aware of. Then they Attempt to question me numerous times.

Numerous times I state my miranda right not to answer questions.. I complied to a whats known as a "Terry search".. I state "get a warrant twice". so Im [redacted] illegally searched.. So I belive the O.P.D. violated my civil rights illegally pre-text arresting me in order to perform a warrantless arrest and search.. I have been in jail every day since this illegal arrest and search.

So agin I ask the Court to put a "Stay" on this civil rights violation claim, till my charges are fully exhausted.. I just dont want the statute of limitations of 2 years to expire, and me not be able to make a legal civil rights claim about this incident. All this is upon information and belife, while defendants were under color of state

Thank you..

"I swear under penalty of perjury this writen statement is true and correct to the best of my knowlage so help me My GOD.." "This is a claim relief should be granted too"

Respectfully Submitted,

Christopher Royce Dossey

[signature]

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES _X_NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): N/A

2. Case Number: N/A

3. Approximate date warnings were imposed: N/A

Executed on: Sept-16-2024
DATE

Christopher Royce Dossey [signature]
(Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this 16Th (Day) day of Sept (month), 20 24 (year).

Christopher Royce Dossey [signature]
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

Dossey christopher

SO# 102719
9/15/24

Christopher Royce Dossey #102719
Ector County Detention Center
P.O. Box 331
Odessa, Tx
— 79760 —

MIDLAND TX 797
WED 18 SEP 2024 PM

To:

United States District Court

Western District of Texas - Midland-Odessa

200. E. Wall. St.

Midland, Texas - 79701 -

Legal Indigent

RECEIVED
SEP 19 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

Legal Indigent

Legal Indigent

Legal Indigent

Legal Indigent

Legal Indigent