United States District Court - Western District of Texas
Midland-Odessa

**FILED**
May 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___KG___ 4-29-2025
DEPUTY

Christopher Royce Dossey § 
V. §
Odessa Police Officer A. Macias § MO-24-CV-00229-DC
"ET AL" §
 §

- Motion To The Court -

Comes now Plaintiff Christopher Royce Dossey, I have recived Defendants Original Answer, so I'm ready to move this complaint foward, without any delay.

Also I would like it noted I wrote Defendants Attorneys stating I'm willing to have a settlement discussion.. Also this Arrest this complaint is about had a effect on my probation warrent comming into play.. I'm now sentenced on such probation violations, I recived 4 yrs in prison with over 3½ years back time. So I should be Released in about 5 months, this way I will be able to seek a attorney. I plead not true to probation violations dealing with these charges, but it was still mentioned at my court hearing and sentencing. This false arrest needs to be sealed as if it never existed.

Respectfully
Christopher Royce Dossey

Name: Christopher Dossey
S.O.#: [redacted]
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408-3535

LEGAL MAIL ONLY

INDIGENT

LUBBOCK TX 794
RETURN SERVICE REQUESTED
2025 APR 2 AM 2

US POSTAGE PITNEY BOWES
ZIP 79401 $ 000.69⁰
02 4W
0003866595 APR. 30. 2025

To: United States District Court
Midland-Odessa Division
200 E. Wall St.
Midland, Tx - 79701 -

RECEIVED
MAY 05 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

79701-521799

