IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ROYCE DOSSEY,** *Plaintiff* | § § § § | |
| v. | § § | MO-24-CV-00229-DC |
| **A. MACIAS, ROBERT TORRES, MICHAEL GERKE, ODESSA POLICE DEPARTMENT CHIEF; CITY OF ODESSA, TEXAS, ODESSA TEXAS POLICE DEPARTMENT,** *Defendants* | § § § § § § § | |

**FINAL JUDGMENT**

On this day, the Court entered an Order dismissing Plaintiff's 42 U.S.C. §1983 civil rights case, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**. [docket number 55].

Additionally, Plaintiff's §1983 is **DISMISSED WITH PREJUDICE**, however, his state law claims are **DISMISSED *WITHOUT* PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED**.

SIGNED this 6th day of October, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE